**Entered on Docket**
**September 10, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

---

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor CITIBANK, N.A., AS TRUSTEE FOR
CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2007-AR6, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR6

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CHARLES O MATHER AND CECILIA MATHER,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-16024-BAM<br>Chapter 7<br><br>CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR6'S ORDER VACATING AUTOMATIC STAY<br>Date:   September 1, 2009<br>Time:   1:30 P.M. |

A hearing on Secured Creditor Citibank, N.A., as Trustee for certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6's Motion for Relief From the Automatic Stay came on regularly for hearing in

1 the United States Bankruptcy Court before the Honorable Bruce A. Markell.

2 The court having duly considered the papers and pleadings on file herein and

3 being fully advised thereon and finding cause therefor:

4 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

5 Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

6 Secured Creditor, of all its rights in the subject property, generally described as 5037 Hadley

7 Meadow Court, Las Vegas, Nevada 89131, and legally described as follows:

> LOT SIX HUNDRED THIRTY SEVEN (637) IN BLOCK B OF IRON MOUNTAIN RANCH-VILLAGE 5-UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 108 OF PLATS, PAGE 84, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 24, 2003 IN BOOK 20030224 OF OFFICIAL RECORDS AS DOCUMENT NO. 00974.

14 APPROVED/DISAPPROVED

15 _____
   WILLIAM A. LEONARD
16 TRUSTEE

17 /./.../
18 /./.../
19 /./.../
20 /./.../
21 /./.../
22 /./.../
23 /./.../
24 /./.../
25 /./.../
26 /./.../
27 /./.../
28 /./.../

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11385
Attorney for CITIBANK, N.A.,
AS TRUSTEE FOR
CERTIFICATEHOLDERS OF
STRUCTURED ASSET
MORTGAGE INVESTMENTS
II TRUST 2007-AR6,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2007-AR6